1  Laurence D. King (SBN # 206423)
   Linda M. Fong (SBN 124232)
2  KAPLAN FOX & KILSHEIMER LLP
   350 Sansome Street, Suite 400
3  San Francisco, CA 94104
   Telephone: 415-772-4700
4  Facsimile: 415-772-4707
   lking@kaplanfox.com
5  lfong@kaplanfox.com

6  [Additional Counsel on Signature Page]

7  Attorneys for Plaintiff Patricia Greenberg

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| Patricia Greenberg, | Civil Case No. 3:12-cv-04975-MEJ |
|---|---|
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| Expedia, Inc., et al., | |
| Defendants. | |

WHEREAS, Plaintiff filed the Complaint in this litigation on September 24, 2012;

WHEREAS, all of the Defendants have agreed to waive service of the complaint;

WHEREAS, a number of substantially similar complaints have been filed nationwide;

WHEREAS, a Motion for Consolidation and Transfer under 28 U.S.C. § 1407 was filed before the Judicial Panel on Multi-District Litigation ("JPML") to coordinate and/or consolidate all of the actions in one court;

WHEREAS, the JPML has scheduled the MDL Motion for a hearing on November 29, 2012, and the parties expect that the JPML will issue a decision on the motion within a few

weeks after the hearing;[1]

WHEREAS, Plaintiff and Defendants Expedia, Inc., Hotels.com LP, Travelocity.com LP, Sabre Holdings Corporation, Priceline.com Incorporated, Booking.com B.V., Booking.com (USA), Inc., Orbitz Worldwide, Inc., Hilton Worldwide, Inc., Starwood Hotels & Resorts Worldwide, Inc., Trump International Hotels Management, LLC, Kimpton Hotel & Restaurant Group, LLC, InterContinental Hotels Group Resources, Inc., Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC and Travelodge Hotels, Inc. (collectively "Defendants") expect that all of the actions will be coordinated and/or consolidated before one court; and

WHEREAS, Plaintiff and Defendants wish to preserve the parties' and the court's resources and efficiently manage the litigation so as not to cause prejudice;

NOW THEREFORE, the parties agree as follows:

1. Defendants will not be required to answer or otherwise plead in response to the Complaint during the pendency of the Motion for Consolidation and Transfer under 28 U.S.C. § 1407. If this Court is the transferee court, Defendants' time to answer or otherwise plead will be extended until 60 days after a consolidated amended complaint is filed, and Plaintiffs will file their opposition to a motion to dismiss, if filed, within 60 days thereafter. In the event that the Motion for Consolidation and Transfer under 28 U.S.C. § 1407 is denied, the parties will confer within seven (7) days of the JPML's order regarding the due date for responsive pleadings in this action. No discovery shall be served in the above-captioned matter while this stipulation is in effect;

2. In the event that Defendants voluntarily file or are ordered to file a responsive pleading in any other related action prior to the JPML's decision, Defendants agree that this stipulation will become void and in that event, all of the parties agree to negotiate in good faith regarding a responsive pleading date.

3. If this Court is the transferee court, Defendants agree that they will engage in a

---

[1] John G. Heyburn II, *A View from the Panel: Part of the Solution*, 82 Tul. L. Rev. 2225, 2242 n.88 (2007-08) (then-Chair of the JPML: "[u]sually within two weeks of oral argument, the Chair has finalized and approved each written opinion pertaining to that session").

-2-

| | |
|---|---|
| 1 | conference pursuant to Fed. R. Civ. P. 26(f) with Plaintiffs within 14 days of appointment of lead |
| 2 | counsel for the Plaintiffs.  If the Motion for Consolidation and Transfer under 28 U.S.C. § 1407 |
| 3 | is denied, Defendants agree that they will engage in a conference pursuant to Fed. R. Civ. P. |
| 4 | 26(f) with Plaintiffs within 14 days of the denial of the motion. |

**ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated:  October 23, 2012

　　　　　　　　　　　　　　　　　　　　　　　　/s/Laurence D. King
　　　　　　　　　　　　　　　　　　　　　　　　Laurence D. King

FOR PLAINTIFF:　　　　　　　　　　　　　　　FOR DEFENDANTS:

By:  /s/ Laurence D. King　　　　　　　　　　　By:　　/s/ Emily Johnson Henn
　　Laurence D. King (SBN 206423)　　　　　　　Emily Johnson Henn (SBN 269482)
　　Linda M. Fong (SBN 124232)　　　　　　　　COVINGTON & BURLING LLP
　　KAPLAN FOX & KILSHEIMER LLP　　　　　333 Twin Dolphin Dr., Suite 700
　　350 Sansome Street, Suite 400　　　　　　　Redwood Shores, CA  94065
　　San Francisco, CA 94104　　　　　　　　　Telephone:  (650) 632-4700
　　Telephone: (415) 772-4700　　　　　　　　Facsimile:  (650) 632-4800
　　Facsimile: (415) 772-4707　　　　　　　　ehenn@cov.com
　　lking@kaplanfox.com
　　lfong@kaplanfox.com　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　*Expedia, Inc. and Hotels.com LP*

　　Justin B. Farar (SBN 211556)
　　KAPLAN FOX & KILSHEIMER LLP　　By:　　　　/s/ George S. Cary
　　11111 Santa Monica Blvd, Suite 620　　　　　George S. Cary (SBN 73858)
　　Los Angeles, CA 90025　　　　　　　　　　Steven J. Kaiser
　　Telephone: (310) 575-8670　　　　　　　　CLEARY GOTTLIEB STEEN &
　　Facsimile: (310) 575-8697　　　　　　　　HAMILTON LLP
　　jfarar@kaplanfox.com　　　　　　　　　　2000 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20006
　　Attorneys for Plaintiff　　　　　　　　　　New York, NY  10017
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 974-1554
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 974-1999
　　　　　　　　　　　　　　　　　　　　　　gcary@cgsh.com
　　　　　　　　　　　　　　　　　　　　　　skaiser@cgsh.com

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　*Travelocity.com LP and Sabre Holdings Corporation*

703513648

|   |   |
|---|---|
| 1 | |
| 2 | By: /s/ Kevin J. Arquit |
|   | Kevin J. Arquit |
| 3 | SIMPSON THACHER & BARTLETT LLP |
|   | 425 Lexington Avenue |
| 4 | New York, NY 10017 |
|   | Telephone: (212) 455-2000 |
| 5 | Facsimile: (212) 455-2502 |
|   | karquit@stblaw.com |

Attorneys for Defendants
*Priceline.com Incorporated, Booking.com B.V. and Booking.com (USA), Inc.*

By: /s/ Christopher S. Yates
Christopher S. Yates (SBN 161273)
Daniel M. Wall
Brendan A. McShane
Jason L. Daniels
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
chris.yates@lw.com
dan.wall@lw.com
brendan.mcshane@lw.com
jason.daniels@lw.com

Attorneys for Defendant
*Orbitz Worldwide, Inc.*

By: /s/ Steven A. Newborn
Steven A. Newborn
Carrie M. Anderson
Daniel E. Antalics (SBN 276488)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
daniel.antalics@weil.com

*Of Counsel:*
James C. Egan, Jr.

Attorneys for Defendant
*Hilton Worldwide, Inc.*

-4-

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CV-04975-MEJ

703513648

|   |   |   |
|---|---|---|
| 1 | By: | /s/ Christopher J. Kelly |
| 2 | | Christopher J. Kelly (SBN 276312)<br>MAYER BROWN LLP |
| 3 | | Two Palo Alto Square, Suite 300<br>3000 El Camino Real |
| 4 | | Palo Alto, CA 94306-2112<br>Telephone: (650) 331-2000 |
| 5 | | Facsimile: (650) 331-2061<br>cjkelly@mayerbrown.com |

Robert E. Bloch
Richard Ben-Veniste
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3203
Facsimile: (202) 263-5203
rbloch@mayerbrown.com
rben-veniste@mayerbrown.com

Attorneys for Defendant
*Starwood Hotels & Resorts Worldwide, Inc.*

By:    /s/ Francis J. Burke, Jr.
Francis J. Burke, Jr. (SBN 75970)
Seyfarth Shaw LLP
One Century Plaza
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone: (310) 201-5214
Facsimile: (310) 282-6993
fburke@seyfarth.com

Attorneys for Defendant
*Trump International Hotels Management, LLC*

By:    /s/ Marie L. Fiala
Marie L. Fiala (SBN 79676)
Ryan M. Sandrock (SBN 251781)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
mfiala@sidley.com
rsandrock@sidley.com

Attorneys for Defendant
*Kimpton Hotel & Restaurant Group, LLC*

-5-

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CV-04975-MEJ

703513648

| | |
|---|---|
| 1 | |
| 2 | By:     /s/ Timothy T. Scott |
| | Timothy T. Scott (SBN 126971) |
| | Leo Spooner III (SBN 241541) |
| 3 | KING & SPALDING LLP |
| | 333 Twin Dolphin Drive, Suite 400 |
| 4 | Redwood Shores, CA  94065 |
| | Telephone:  (650) 590-0700 |
| 5 | Facsimile:  (650) 590-1900 |
| | tscott@kslaw.com |
| 6 | lspooner@kslaw.com |

By:     /s/ Timothy T. Scott
Timothy T. Scott (SBN 126971)
Leo Spooner III (SBN 241541)
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA  94065
Telephone:  (650) 590-0700
Facsimile:  (650) 590-1900
tscott@kslaw.com
lspooner@kslaw.com

Jeffrey S. Cashdan
Christine A. Hopkinson
Sarah E. Statz
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100
jcashdan@kslaw.com
chopkinson@kslaw.com
sstatz@kslaw.com

Attorneys for Defendant
*InterContinental Hotels Group Resources, Inc.*

By:     /s/ Eugene F. Assaf
Eugene F. Assaf, P.C.
Edwin John U
Ian R. Conner
KIRKLAND & ELLIS LLP
655 Fifteenth Street,  N.W
Washington, D.C. 20005-5793
Telephone: 202-879-5000
Facsimile:  202-879-5200
eugene.assaf@kirkland.com
edwin.u@kirkland.com
ian.conner@kirkland.com

Attorneys for Defendants
*Wyndham Worldwide Corporation, Wyndham Hotel Group, LLC and Travelodge Hotels, Inc.*

-6-

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CV-04975-MEJ

703513648

1
2
3    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
4
5    Dated:  October 24, 2012
                                          _____
6                                          THE HONORABLE MARIA-ELENA JAMES
                                           Chief United States Magistrate Judge
7
8
...
28
-7-
STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CV-04975-MEJ

703513648

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                /s/Laurence D. King
                                                    Laurence D. King

-8-
STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CV-04975-MEJ

703513648