1  Laurence D. King (SBN # 206423)
   Linda M. Fong (SBN 124232)
2  KAPLAN FOX & KILSHEIMER LLP
   350 Sansome Street, Suite 400
3  San Francisco, CA 94104
   Telephone: 415-772-4700
4  Facsimile: 415-772-4707
   lking@kaplanfox.com
5  lfong@kaplanfox.com

6  [Additional Counsel on Signature Page]

7  Attorneys for Plaintiff Patricia Greenberg

8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10
                      **SAN FRANCISCO DIVISION**
11

12  Patricia Greenberg,                    Civil Case No. 3:12-cv-04975-MEJ

13                                          <u>CLASS ACTION</u>

14                         Plaintiff,       **STIPULATION AND [~~PROPOSED~~]
                                            ORDER**
15       v.

16  Expedia, Inc., et al.,

17
                           Defendants.
18

19
         WHEREAS, Plaintiff filed the Complaint in this litigation on September 24, 2012;
20
         WHEREAS, all of the Defendants have agreed to waive service of the complaint;
21
         WHEREAS, a number of substantially similar complaints have been filed nationwide;
22
         WHEREAS, a Motion for Consolidation and Transfer under 28 U.S.C. § 1407 was filed
23
    before the Judicial Panel on Multi-District Litigation ("JPML") to coordinate and/or consolidate
24
    all of the actions in one court;
25
         WHEREAS, the JPML has scheduled the MDL Motion for a hearing on November 29,
26
    2012, and the parties expect that the JPML will issue a decision on the motion within a few
27

28

1   weeks after the hearing;[1]

2   　　　　WHEREAS, Plaintiff and Defendants Expedia, Inc., Hotels.com LP, Travelocity.com LP,

3   Sabre Holdings Corporation, Priceline.com Incorporated, Booking.com B.V., Booking.com

4   (USA), Inc., Orbitz Worldwide, Inc., Hilton Worldwide, Inc., Starwood Hotels & Resorts

5   Worldwide, Inc., Trump International Hotels Management, LLC, Kimpton Hotel & Restaurant

6   Group, LLC, InterContinental Hotels Group Resources, Inc., Wyndham Worldwide Corporation,

7   Wyndham Hotel Group, LLC and Travelodge Hotels, Inc. (collectively "Defendants") expect

8   that all of the actions will be coordinated and/or consolidated before one court; and

9   　　　　WHEREAS, Plaintiff and Defendants wish to preserve the parties' and the court's

10  resources and efficiently manage the litigation so as not to cause prejudice;

11  　　　　NOW THEREFORE, the parties agree as follows:

12  1.　　　Defendants will not be required to answer or otherwise plead in response to the

13  Complaint during the pendency of the Motion for Consolidation and Transfer under 28 U.S.C. §

14  1407.  If this Court is the transferee court, Defendants' time to answer or otherwise plead will be

15  extended until 60 days after a consolidated amended complaint is filed, and Plaintiffs will file

16  their opposition to a motion to dismiss, if filed, within 60 days thereafter.  In the event that the

17  Motion for Consolidation and Transfer under 28 U.S.C. § 1407 is denied, the parties will confer

18  within seven (7) days of the JPML's order regarding the due date for responsive pleadings in this

19  action.  No discovery shall be served in the above-captioned matter while this stipulation is in

20  effect;

21  2.　　　In the event that Defendants voluntarily file or are ordered to file a responsive pleading in

22  any other related action prior to the JPML's decision, Defendants agree that this stipulation will

23  become void and in that event, all of the parties agree to negotiate in good faith regarding a

24  responsive pleading date.

25  3.　　　If this Court is the transferee court, Defendants agree that they will engage in a

26  ───────────────
    [1] John G. Heyburn II, *A View from the Panel: Part of the Solution*, 82 Tul. L. Rev. 2225, 2242
27  n.88 (2007-08) (then-Chair of the JPML: "[u]sually within two weeks of oral argument, the
    Chair has finalized and approved each written opinion pertaining to that session").

28  ───────────────
    　　　　　　　　　　　　　　　　-2-

703513648

1   conference pursuant to Fed. R. Civ. P. 26(f) with Plaintiffs within 14 days of appointment of lead

2   counsel for the Plaintiffs.  If the Motion for Consolidation and Transfer under 28 U.S.C. § 1407

3   is denied, Defendants agree that they will engage in a conference pursuant to Fed. R. Civ. P.

4   26(f) with Plaintiffs within 14 days of the denial of the motion.

5                                           **<u>ATTESTATION</u>**

6          I hereby attest that I have on file all holographic signatures corresponding to any

7   signatures indicated by a conformed signature (/s/) within this e-filed document.

8

9                                                    /s/Laurence D. King
                                                    Laurence D. King

10  Dated:  October 23, 2012

11

12  FOR PLAINTIFF:                              FOR DEFENDANTS:

13  By:  /s/ Laurence D. King                   By:   /s/ Emily Johnson Henn
        Laurence D. King (SBN 206423)               Emily Johnson Henn (SBN 269482)
14      Linda M. Fong (SBN 124232)                  COVINGTON & BURLING LLP
        KAPLAN FOX & KILSHEIMER LLP                 333 Twin Dolphin Dr., Suite 700
15      350 Sansome Street, Suite 400               Redwood Shores, CA  94065
        San Francisco, CA 94104                     Telephone:  (650) 632-4700
16      Telephone: (415) 772-4700                   Facsimile:  (650) 632-4800
        Facsimile: (415) 772-4707                   ehenn@cov.com
17      lking@kaplanfox.com
        lfong@kaplanfox.com                         Attorneys for Defendants
18                                                  *Expedia, Inc. and Hotels.com LP*

19      Justin B. Farar (SBN 211556)
        KAPLAN FOX & KILSHEIMER LLP     By:        /s/ George S. Cary
20      11111 Santa Monica Blvd, Suite 620         George S. Cary (SBN 73858)
        Los Angeles, CA 90025                      Steven J. Kaiser
21      Telephone: (310) 575-8670                  CLEARY GOTTLIEB STEEN &
        Facsimile: (310) 575-8697                  HAMILTON LLP
22      jfarar@kaplanfox.com                       2000 Pennsylvania Avenue, NW
                                                    Washington, D.C.  20006
23      Attorneys for Plaintiff                     New York, NY  10017
                                                    Telephone:  (212) 974-1554
24                                                  Facsimile:  (212) 974-1999
                                                    gcary@cgsh.com
25                                                  skaiser@cgsh.com

26                                                  Attorneys for Defendants
                                                    *Travelocity.com LP and Sabre Holdings*
27                                                  *Corporation*

28                                           -3-

                                                    STIPULATION AND [PROPOSED] ORDER
                                                    CASE NO. 3:12-CV-04975-MEJ

703513648

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:   /s/ Kevin J. Arquit
          Kevin J. Arquit
          SIMPSON THACHER & BARTLETT LLP
          425 Lexington Avenue
          New York, NY  10017
          Telephone:  (212) 455-2000
          Facsimile:  (212) 455-2502
          karquit@stblaw.com

          Attorneys for Defendants
          *Priceline.com Incorporated, Booking.com*
          *B.V. and Booking.com (USA), Inc.*

By:   /s/ Christopher S. Yates
          Christopher S. Yates (SBN 161273)
          Daniel M. Wall
          Brendan A. McShane
          Jason L. Daniels
          LATHAM & WATKINS LLP
          505 Montgomery Street, Suite 2000
          San Francisco, CA  94111
          Telephone:  (415) 391-0600
          Facsimile:  (415) 395-8095
          chris.yates@lw.com
          dan.wall@lw.com
          brendan.mcshane@lw.com
          jason.daniels@lw.com

          Attorneys for Defendant
          *Orbitz Worldwide, Inc.*

By:   /s/ Steven A. Newborn
          Steven A. Newborn
          Carrie M. Anderson
          Daniel E. Antalics (SBN 276488)
          WEIL, GOTSHAL & MANGES LLP
          1300 Eye Street, N.W., Suite 900
          Washington, D.C. 20005
          Telephone:  (202) 682-7000
          Facsimile:  (202) 857-0940
          daniel.antalics@weil.com

          *Of Counsel:*
          James C. Egan, Jr.

          Attorneys for Defendant
          *Hilton Worldwide, Inc.*

-4-

703513648

| | | |
|---|---|---|
| 1 | By: | /s/ Christopher J. Kelly |
| 2 | | Christopher J. Kelly (SBN 276312) |
| | | MAYER BROWN LLP |
| | | Two Palo Alto Square, Suite 300 |
| 3 | | 3000 El Camino Real |
| | | Palo Alto, CA  94306-2112 |
| 4 | | Telephone:  (650) 331-2000 |
| | | Facsimile:  (650) 331-2061 |
| 5 | | cjkelly@mayerbrown.com |
| 6 | | Robert E. Bloch |
| | | Richard Ben-Veniste |
| 7 | | MAYER BROWN LLP |
| | | 1999 K Street, N.W. |
| 8 | | Washington, D.C.  20006 |
| | | Telephone:  (202) 263-3203 |
| 9 | | Facsimile:  (202) 263-5203 |
| | | rbloch@mayerbrown.com |
| 10 | | rben-veniste@mayerbrown.com |
| 11 | | Attorneys for Defendant |
| | | *Starwood Hotels & Resorts Worldwide,* |
| 12 | | *Inc.* |
| 13 | By: | /s/ Francis J. Burke, Jr. |
| | | Francis J. Burke, Jr. (SBN 75970) |
| 14 | | Seyfarth Shaw LLP |
| | | One Century Plaza |
| 15 | | 2029 Century Park East, Suite 3500 |
| | | Los Angeles, CA 90067-3021 |
| 16 | | Telephone:  (310) 201-5214 |
| | | Facsimile:  (310) 282-6993 |
| 17 | | fburke@seyfarth.com |
| 18 | | Attorneys for Defendant |
| | | *Trump International Hotels* |
| 19 | | *Management, LLC* |
| 20 | By: | /s/ Marie L. Fiala |
| | | Marie L. Fiala (SBN 79676) |
| 21 | | Ryan M. Sandrock (SBN 251781) |
| | | SIDLEY AUSTIN LLP |
| 22 | | 555 California Street |
| | | San Francisco, CA  94104 |
| 23 | | Telephone:  (415) 772-1200 |
| | | Facsimile:  (415) 772-7400 |
| 24 | | mfiala@sidley.com |
| | | rsandrock@sidley.com |
| 25 | | |
| 26 | | Attorneys for Defendant |
| | | *Kimpton Hotel & Restaurant Group, LLC* |
| 27 | | |
| 28 | | |

-5-

1

2
By:      /s/ Timothy T. Scott
Timothy T. Scott (SBN 126971)
Leo Spooner III (SBN 241541)

3
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400

4
Redwood Shores, CA  94065
Telephone:  (650) 590-0700

5
Facsimile:  (650) 590-1900
tscott@kslaw.com

6
lspooner@kslaw.com

7

8
Jeffrey S. Cashdan
Christine A. Hopkinson
Sarah E. Statz

9
KING & SPALDING LLP
1180 Peachtree Street, N.E.

10
Atlanta, GA  30309
Telephone:  (404) 572-4600

11
Facsimile:  (404) 572-5100
jcashdan@kslaw.com

12
chopkinson@kslaw.com
sstatz@kslaw.com

13
Attorneys for Defendant

14
*InterContinental Hotels Group  Resources,
Inc.*

15
By:      /s/ Eugene F. Assaf

16
Eugene F. Assaf, P.C.
Edwin John U

17
Ian R. Conner

18
KIRKLAND & ELLIS LLP
655 Fifteenth Street,  N.W

19
Washington, D.C. 20005-5793
Telephone: 202-879-5000

20
Facsimile:  202-879-5200
eugene.assaf@kirkland.com

21
edwin.u@kirkland.com
ian.conner@kirkland.com

22

23
Attorneys for Defendants
*Wyndham Worldwide Corporation,*

24
*Wyndham Hotel Group, LLC and*
*Travelodge Hotels, Inc.*

25

26

27

28

-6-

703513648

1

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

Dated:   October 24, 2012

5

THE HONORABLE MARIA-ELENA JAMES

6

Chief United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-7-

703513648

1

2

3

## **CERTIFICATE OF SERVICE**

4          I hereby certify that on October 23, 2012, I electronically filed the foregoing document

5   using the CM/ECF system which will send notification of such filing to the e-mail addresses

6   registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby

7   certify that I have caused to be mailed a paper copy of the foregoing document via the United States

8   Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the

9   CM/ECF system.

10

11                                        /s/Laurence D. King
                                          Laurence D. King

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-8-

703513648